PS 8
(12-04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Irvin Lassiter**     Docket No. ~~05-3511~~ 06cr938(JLL)

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Daniela Guido** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Irvin Lassiter**, who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting in the Court at Newark, New Jersey, on January 6, 2005.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER that a bail review hearing be scheduled.

ORDER OF COURT

Considered and ordered this 4th day of January, 2007 and ordered filed and made a part of the records in the above case.

Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/14/06

Daniela Guido
U.S. Pretrial Services Officer