PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Irvin Lassiter                                                Cr.: 06-00938-001

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares

Date of Original Sentence: 7/19/07

Original Offense: Conspiracy to Defraud in Connection With Access Devices (18 U.S.C.1029(b)(2).

Original Sentence: Time served (5 months, 18 days)

Type of Supervision: 3 years Supervised Release           Date Supervision Commenced: 7/19/07

Assistant U.S. Attorney: Craig Carpenito                          Defense Attorney: Anthony Mack

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.    The offender has violated the supervision condition which states ' **You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender failed to refrain from the use of illicit substances as evidenced by his self-admission to cocaine use on the following dates: 7/22/07 and 7/30/07.

I declare under penalty of perjury that the foregoing is true and correct.

By: Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 8/5/07

PROB 12C - Page 2
Irvin Lassiter

THE COURT ORDERS:

[ ✓ ] The Issuance of a Summons.  Date of Hearing: .
[  ] The Issuance of a Warrant
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

8/14/07
_____
Date