PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Irvin Lassiter          **Docket Number:** 06-00938-001
                                              **PACTS Number:** 41673

**Name of Sentencing Judicial Officer:** The Honorable Jose L. Linares

**Date of Original Sentence:** 08/21/2007

**Original Offense:** Conspiracy to Defraud in Connection With access devices b(18:1029(b)(2)).

**Original Sentence:** 3 months imprisonment; 33 months supervised release.

**Type of Supervision:** supervised release          **Date Supervision Commenced:** 11/20/07

**Assistant U.S. Attorney:** Craig Carpenito, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Anthony Mack, 60 Park Place, Suite 1104, Newark, New Jersey 07102 973-6247800

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1,                        The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

                          The offender failed to report as directed on the following dates: July 15, August 19, September 2, November 19, 2008, January 6, January 20, and February 10, 2009.

2.  The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

    The offender failed to refrain from the use of illicit substances as evidenced by the following urinalysis results and/or self-admission: July 8, 2008-cocaine; August 3, 2008-cocaine; August 18, 2008-cocaine,; February 3, 2009-cocaine.

3.  The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

    The offender failed to report for random urinalysis through the CAP program as directed on the following dates: August 1, August 19, August 28, September 2, September 22, October 21, November 13, November 26, 2008, and January 14, January 22, February 14, 2009.

4.  The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

    The offender failed to attend outpatient substance abuse counseling at Integrity House in Newark as directed in the months of late November through December. Lassiter was dismissed from the program due to non-compliance.

I declare under penalty of perjury that the foregoing is true and correct.

By: Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 2/19/09

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/26/09
_____
Date