UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 06-938(JLL) |
| v. : | |
| : | CONSENT ORDER |
| : | |
| IRVIN LASSITER : | |

This matter having come before the Court on the application of defendant Irvin Lassiter, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order Modifying the Sentence, and Amending the Judgment entered by this Court on March 24, 2009, seeking the modification of and amendment to the condition that requires Mr. Lassiter to serve six months at Toller House, and replacing that with a condition that requires Mr. Lassiter to serve five months at Toller House, all other conditions set by this Court to remain in full force and effect, and the Assistant United States Attorney, Robert Morasco, and Probation Officer Susan Karlak, having no objection to this Modification and Amendment, and for good cause shown

IT IS on this day of September, 2009

ORDERED that the sentence imposed by this Court on March 24, 2009, is hereby modified to require Mr. Lassiter to serve five months at Toller House, and an Amended Judgment in a Criminal Case will be filed reflecting this modification, all other conditions set by this Court on March 24, 2009, to remain in full force and effect.

HONORABLE JOSE L. LINARES
United States District Court Judge