PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Irvin Lassiter

**Docket Number:** 06-00938-001
**PACTS Number:** 41673

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 07/24/2007

**Original Offense:** Conspiracy to Defraud in Connection with Access Devices

**Original Sentence:** 5 months imprisonment; 3 years supervised release. Alcohol/drug testing and treatment; new debt; DNA testing; financial disclosure.

**Date of Violation Sentence (#1):** 08/21/07

**Violation of Supervised Release Sentence (#1):** 3 months incarceration; 33 months supervised release. Residential treatment for 6 months; drug aftercare; financial disclosure; new debt.

**Date of Violation Sentence (#2):** 03/24/09

**Violation of Supervised Release Sentence (#2):** 5 months at Toler House Community Correction Center; intensive outpatient drug rehabilitation treatment.

**Type of Supervision:** supervised release            **Date Supervision Commenced:** 11/20/07

**Assistant U.S. Attorney:** Craig Carpenito, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Lorraine Gauli-Rufo, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |

PROB 12C - Page 2
Irvin Lassiter

The offender has failed to report to the probation office for numerous scheduled appointments. These dates are as follows: November 24, 2009, December 29, 2009, December 31, 2009, February 16, 2010, April 6, 2010, and April 27, 2010.

2. The offender has violated the supervision condition which states 'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'

The offender has used illegal substances in that he tested positive for Cocaine on the following dates: January 7, 2010, January 29, 2010, March 11, 2010, and on March 18, 2010.

3. The offender has violated the supervision condition which states 'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

The offender was unsuccessfully discharged from outpatient substance abuse counseling at Integrity House, Inc. for noncompliance on March 1, 2010. This is due to numerous missed sessions and positive results on drug tests.

4. The offender has violated the supervision condition which states 'As a condition of supervision, you are instructed to pay restitution in the amount of $8,479.95 to STAPLES, 500 Staples Drive, Framingham, MA 01702, Attn: Robert Sullivan; it shall be paid in the following manner: no less than $50 per month.'

The offender has failed to make any payments on his court-ordered restitution since the beginning of his supervision. The balance remains outstanding at $8,479.95.

5. The offender has violated the supervision condition which states 'You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.'

The offender has failed to work regularly at a lawful occupation. He maintained a job at a grocery store for approximately two months in late 2009, until he was terminated, and has not worked since.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan E. Karlak
Senior U.S. Probation Officer
Date: 5/24/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: 7/13/10 @ 11:00 AM
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/8/10
Date