**PROB 12C**
**(7/93)**

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Irvin Lassiter

**Docket Number:** 06-00938-001
**PACTS Number:** 41673

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 07/24/07

**Original Offense:** Conspiracy to Defraud in Connection with Access Devices, 18 U.S.C. § 1029(b)(2)

**Original Sentence:** 5 months imprisonment; 3 years supervised release. Alcohol/drug testing and treatment; new debt; DNA testing; financial disclosure.

**Date of Violation Sentence (#1):** 08/21/07

**Violation of Supervised Release Sentence (#1):** 3 months incarceration; 33 months supervised release. Residential treatment for 6 months; drug aftercare; financial disclosure; new debt.

**Date of Violation Sentence (#2):** 03/24/09

**Violation of Supervised Release Sentence (#2):** 6 months at Toler House Community Correction Center; intensive outpatient drug rehabilitation treatment.

**Date of Violation Sentence (#3):** 07/13/10

**Violation of Supervised Release Sentence (#3):** 4 months incarceration; 12 months supervised release. Drug testing/treatment; new debt.

**Type of Supervision:** supervised release

**Date Supervision Commenced:** 11/15/10

**Assistant U.S. Attorney:** Craig Carpenito, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Lorraine Gauli-Rufo, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall report in person to the Probation Office in the district to which you are released within 72 hours of release from custody.**'<br><br>The offender failed to report to the probation office within 72 hours of his release from custody, which was November 15, 2010. He subsequently reported on November 23, 2010. |
| 2 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender subsequently failed to report to the probation office on the following scheduled dates: December 21, 2010, January 25, 2011, January 31, 2011, and March 15, 2011. |
| 3 | The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>The offender has used illegal substances. Specifically, he tested positive for cocaine on November 23, 2010, and on January 26, 2011. He admitted to the use of cocaine on February 20, 2011, and on March 25, 2011. |
| 4 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>The offender has failed to submit *Monthly Supervision Reports* for the following months: December 2010, January 2011, and February 2011. |

I declare under penalty of perjury that the foregoing is true and correct.

Susan E. Karlak

By: Susan E. Karlak
Senior U.S. Probation Officer
Date: 4/4/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 5/10/11 at 10AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

4-7-11

Date